CUOMO LLC

200 Old Country Road, Suite 2 South, Mineola, NY 11501/Tel: (516) 741-3222/Fax: (516) 741-3223

January 26, 2022

Hon. Robert W. Lehrburger
U.S. Magistrate Judge
U.S. Courthouse
Southern District of New York
500 Pearl Street Room 18D
NY NY 10007

VIA ECF

Re: Creative Photographers Inc. v. Girard Entertainment & Media, Inc. and Keith Girard
Case No.: 21cv 9398

Dear Judge Lehrburger:

I write to ask the court to adjourn without date the upcoming settlement conference, presently scheduled for February 1, 2022. My clients recently advised me that they were going to bring on new counsel in my place and stead. I had been waiting to file this motion in the hope that they would have made the selection of new counsel and formally retained them by now. That has not occurred.

I therefore ask the court cancel or adjourn the scheduled settlement conference and convert it to a status conference for a date certain twenty days from now. If my clients have not yet retained counsel by then, I will file a formal motion to withdraw.

Thank you for your attention in this matter.

Respectfully submitted,

/s/ Oscar Michelen
OSCAR MICHELEN