The Law Office of
DAVID C. DEAL
Copyright and Intellectual Property Law

P.O. Box No. 1042
CROZET, VIRGINIA 22932

TELEPHONE 434-233-2727
FAX 888-965-8083

DAVIDDEAL.com
DAVID@DAVIDDEAL.com

January 27, 2022

**VIA ECF**

Hon. Robert W. Lehrburger
U.S. Magistrate Judge
Southern District of New York
500 Pearl Street, Room 18D
New York, NY 10007

**Re: *Creative Photographers, Inc. v. Girard Entertainment & Media, Inc., and Keith Girard*, 1:21-cv-09398**

Dear Judge Lehrburger:

This letter is in response to Mr. Michelen's January 26, 2022 letter in this matter (ECF No. 20). Based on Mr. Michelen's representation that his client has expressed its interest to retain new counsel, my client, Creative Photographers, Inc. does not object to Mr. Michelen's request to adjoun the scheduled February 1, 2022 settlement conference in this case.

Please contact my office with any questions.

Sincerely,

David C. Deal