UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CREATIVE PHOTOGRAPHERS, INC.,

Plaintiff,

-against-

GIRARD ENTERTAINMENT & MEDIA LLC, and KEITH GIRARD,

Defendants.

CASE NO. 1:21-cv-09398-JSR

**NOTICE OF MOTION TO COMPEL**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, Defendant Girard Entertainment & Media LLC and Keith Girard ("Defendants"), by its undersigned attorneys, will move this Court at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, before the Honorable Jed S. Rakoff, on March 28, 2022 for an order pursuant to Fed. R. Civ. P. 37 and Local Rule 37.1, compelling Plaintiff Creative Photographers Inc. ("Plaintiff" or "CPI") to produce documents in connection with Defendants' Request for Production of Documents, Set Two and for such other and further relief as the Court may deem just and proper.

DATED: New York, New York
March 25, 2022

Respectfully submitted,

MITCHELL SILBERBERG & KNUPP LLP

By: s/Eleanor M. Lackman
Eleanor M. Lackman
437 Madison Ave., 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900
Facsimile: (212) 509-7239
Email: eml@msk.com

*Attorneys for Defendants Girard Entertainment & Media LLC and Keith Girard*