UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CREATIVE PHOTOGRAPHERS, INC.,

Plaintiff,

v.

GIRARD ENTERTAINMENT & MEDIA LLC, and KEITH GIRARD,

Defendants.

CASE NO. 1:21-CV-09398-JSR

**REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL**

To update the Court with respect to CPI's contention that it has "produced responsive documents in the categories highlighted by Defendants," Opposition at 3-4, defendants Girard Entertainment & Media LLC and Keith Girard ("Defendants") submit this brief reply to Plaintiff Creative Photographers, Inc.'s ("CPI") opposition to Defendants' Motion to Compel (the "Motion"), which CPI filed on Saturday, March 27, 2022 (the "Opposition").

A small collection of documents consisting of agreements between the photographers whose photographs were allegedly infringed, on one hand, and third party publications, on the other hand, were produced by CPI subsequent to the filing of Defendants' Motion on Friday afternoon. However, such documents do not respond to the numerous issues raised in the Motion, including, *inter alia*, CPI's deficiencies with respect to requests for (i) communications with the photographers regarding the photographs or rights asserted in this matter, Motion, at 7; (ii) evidence of licenses and licensing fees earned for the photographs at issue and damages sustained as a result of the alleged infringement, Motion at 8; (iii) communications pertaining to rights granted by photographers to third-party publishers, Motion at 8; and (iv) documents and

communications concerning CPI's or the photographer's efforts to detect the allegedly infringing uses of the photographs at issue, Motion at 9.[1]

Moreover, CPI's contention that Defendant has "fail[ed] to demonstrate that any of its actual requests" to the photographers "seek material that has not yet been produced," Opposition at 4, is simply not true, given the ongoing outstanding deficiencies identified above. Rather, merely ninety minutes after Defendants filed the motion, CPI's counsel represented for the first time that they represented the photographers in connection with the photographs (a representation Defendants' counsel asked for back on March 11, 2022 prior to incurring costs of service, and to which Plaintiff did not respond (in the negative) until the night of March 16, 2022), and made similar, boilerplate wholesale objections to the requests contained in those subpoenas. The written responses indicate that no documents are forthcoming, and CPI's counsel has claimed that one photographer was not properly served, despite having received proof of service last Wednesday. Given the obvious deficiencies in the photographer's subpoena responses—which is clearly coordinated with CPI's responses given the shared counsel—Defendants respectfully seek relief with respect to those deficiencies as well, or leave to seek relief promptly given the close of discovery tomorrow.

[1] CPI notably does not—because it cannot—meaningfully dispute that it has offered boilerplate objections that do not comply with Fed. R. Civ. P. 34, and it has failed to supplement those objections or withdraw them.

DATED: New York, New York
March 28, 2022

Respectfully submitted,

MITCHELL SILBERBERG & KNUPP LLP

By: s/Eleanor M. Lackman
Eleanor M. Lackman
Leo M. Lichtman
437 Madison Ave., 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900
Facsimile: (212) 509-7239
Email: eml@msk.com

*Attorneys for Defendants*
*Girard Entertainment & Media LLC and*
*Keith Girard*