```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
CREATIVE PHOTOGRAPHERS, INC.,           :
                                        :
                Plaintiff,              :
                                        :
        -v-                             :      21-cv-9398 (JSR)
                                        :
GIRARD ENTERTAINMENT & MEDIA LLC, and   :      ORDER
KEITH GIRARD,                           :
                                        :
                Defendants.             :
---------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Now before the Court is the motion of Defendants Girard Entertainment & Media LLC and Keith Girard seeking to compel the production of documents by plaintiff Creative Photographers, Inc. ECF No. 29. The Court grants the motion as follows:

(1) Plaintiff must produce by Wednesday, March 30 all documents responsive to defendants' requests, specifically, Requests No. 5, 6, 7, 8, 10, 11, 12, 13, 14, 17, 18, 19, 20, 21, 24, 29, 30, 31, 32.

(2) Plaintiff must verify by Thursday, March 31 that no responsive documents or materials are being withheld, or, if any materials are being withheld, plaintiff must serve on defendants by Thursday, March 31 a privilege log or affidavit detailing the reasons such documents are withheld.

(3) Defendants are hereby granted leave to re-open, by April 8, the deposition of plaintiff and its principal to address any documents produced as a result of this motion.

(4) Defendants are hereby granted an extension to file their motion for summary judgment, with moving papers to be filed by April 15, opposition papers to be filed by April 29, and reply papers by May 6. The final pretrial conference and oral argument on summary judgment motions previously scheduled for April 27, 2022 at 4:00 p.m. is hereby rescheduled for Thursday, May 19, 2022, at 4:00 p.m. on the Court's AT&T line.

(5) Defendants are hereby granted leave to seek relief promptly regarding any deficiencies in the photographers' subpoena responses by placing a joint phone call to chambers.

The Clerk of Court is hereby directed to close the entry at docket number 29.

SO ORDERED.

Dated:   New York, NY
         March 28, 2022

_____
JED S. RAKOFF, U.S.D.J.