UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CREATIVE PHOTOGRAPHERS, INC.,

Plaintiff,

v.

GIRARD ENTERTAINMENT & MEDIA LLC, and KEITH GIRARD,

Defendants.

CASE NO. 1:21-CV-09398-JSR

**NOTICE OF MOTION TO COMPEL**
**RUVEN AFANADOR TO COMPLY WITH SUBPOENA**

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure and upon the accompanying Memorandum of Law and accompanying Declaration of Leo M. Lichtman and exhibits appended thereto, and upon all prior pleadings and filings in this Action, Defendants Girard Entertainment & Media LLC and Keith Girard ("Defendants") will hereby move this Court on April 15, 2022 at 9:00 am, in Courtroom 14B of the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007 before the Honorable Judge Jed S. Rakoff, United States District Judge, for an order compelling Ruven Avanador to comply with the subpoena *ad testificandum* (the "Subpoena") served on him on March 18, 2022

DATED: New York, New York
April 4, 2022

Respectfully submitted,

MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Eleanor M. Lackman
Eleanor M. Lackman
Leo M. Lichtman
437 Madison Ave., 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900
Facsimile: (212) 509-7239
Email: eml@msk.com
Email: lml@msk.com

*Attorneys for Defendants Girard Entertainment & Media LLC and Keith Girard.*