UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CREATIVE PHOTOGRAPHERS, INC.,<br><br>      Plaintiff,<br><br>  -against-<br><br>GIRARD ENTERTAINMENT & MEDIA LLC and KEITH GIRARD,<br><br>      Defendants. | 21-cv-9398 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

    On April 4, 2022, Magistrate Judge Robert W. Lehrburger informed the Court that the parties in the above-captioned case have agreed to a resolution of the case. Accordingly, the case is hereby dismissed with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

    SO ORDERED.

Dated:  New York, NY

       April 4, 2022

                                  JED S. RAKOFF, U.S.D.J.